STATE

v.

Vincent GIORDANO.

No. 79–296–C.A.

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, Faith A. LaSalle, Spec. Asst. Atty. Gen., for plaintiff.

Mark L. Smith, Woonsocket, for defendant.

ORDER

The state's motion to remand this case to the Superior Court for hearing on a motion for free transcript is granted. Upon conclusion of said hearing, the papers herein shall be returned to this court forthwith.

STATE

v.

Irwin W. MORRIS.

No. 78–415–C.A.

Supreme Court of Rhode Island.

March 20, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Spec. Asst. Atty. Gen., for plaintiff-respondent.

Aran K. Berberian, Warwick, for defendant-petitioner.

ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Wednesday, April 9, 1980 at 9:30 a. m. for oral argument.

STATE et al.

v.

Harold MARKHAM, Jr., et al.

No. 80–122–M.P.

Supreme Court of Rhode Island.

March 20, 1980.

Torgen & Callaghan, Edward H. Torgen, North Kingstown, for petitioners.

Adamo & Newman, Edward H. Newman, Westerly, for respondents.

ORDER

The petitioners' motion for stay of the Superior Court order is denied. Petitioners' request for restraining order as prayed is denied.